# BURSOR & FISHER
### P.A.

**1330 AVENUE OF THE AMERICAS,**
**32ND FLOOR**
**NEW YORK, NY 10019**
www.bursor.com

**PHILIP L. FRAIETTA**
Tel: **646.837.7150**
Fax: **212.989.9163**
pfraietta@bursor.com

March 22, 2024

<u>*Via ECF*</u>

The Honorable Jennifer L. Rochon
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

 Re: *Picciotti v. AMC Entertainment Holdings, Inc.*, Case No. 24-cv-00110-JLR (S.D.N.Y.)

Dear Judge Rochon,

 We write pursuant to Rules 1.F and 2.A of the Court's Individual Rules of Practice in Civil Cases to request that the Court either conduct the April 2, 2024 initial pretrial conference by telephone, or, in the alternative, adjourn it to a later date. The Parties make this request because Plaintiff's counsel has preexisting travel plans which will require Plaintiff's counsel to be out-of-state with his wife and two young children. Additionally, lead defense counsel is located in Los Angeles, California.

 Per the Court's Notice of Initial Pretrial Conference (ECF No. 6), the Parties will submit a proposed Civil Case Management Plan and Scheduling Order attached as an exhibit to a joint letter simultaneously with this request. The Parties appreciate the Court's time and attention to this matter.

           Very truly yours,

           Philip L. Fraietta

CC: All counsel of record (via ECF)

The request is GRANTED. Counsel for the parties shall appear for a remote video conference on **April 2, 2024** at **10:30 a.m.** Counsel shall submit an appearance sheet pursuant to the Court's Individual Rule 2(B) by **March 29, 2024**, and will receive Microsoft Teams log-in credentials at the email addresses provided. The public listen-only line may be accessed by dialing Toll-Free Number: 877-336-1831 | Access Code: 5583342.

Dated: March 25, 2024
    New York, New York

SO ORDERED.

_____
**JENNIFER L. ROCHON**
**United States District Judge**