UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- X
VIVIAN PICCIOTTI, individually and on behalf of all others similarly situated,

          Plaintiff,

   -against-

AMC ENTERTAINMENT HOLDINGS, INC.,

          Defendant.

---------------------------------------------------------- X

Civil Action No. 1:24-cv-00110

Hon. Jennifer L. Rochon

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED, by and among counsel for the parties, that:

1. AMC's time to answer, move or otherwise respond to the Complaint, including filing a motion to dismiss the Complaint pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) is hereby stayed by the filing of AMC's motion to compel arbitration on March 29, 2024 until and including forty-five (45) days after final appellate determination of such motion.

1

2. To the extent AMC's motion to compel arbitration is denied and that determination is ultimately affirmed upon final appellate review, the Parties will agree to an appropriate briefing schedule for AMC's motion to dismiss and such briefing schedule will be subject to the Court's approval.

By: _____
Philip L. Fraietta
pfraietta@bursor.com
Stefan Bogdanovich (*pro hac vice forthcoming*)
sbogdanovich@bursor.com
Attorneys for Plaintiff
VIVAN PICCIOTTI

By: _____
Robert H. Platt (*pro hac vice*)
rplatt@manatt.com
Andrew L. Morrison
AMorrison@manatt.com
Ramya Sundaram
RSundaram@manatt.com
Attorneys for Defendant
AMC ENTERTAINMENT HOLDINGS, INC.

Dated: New York, New York
       March 27, 2024

SO ORDERED:

_____
Honorable Jennifer L. Rochon, U.S.D.J.