IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIVIAN PICCIOTTI, individually and on behalf of all others similarly situated,<br><br>                  Plaintiff,<br><br>  v.<br><br>AMC ENTERTAINMENT HOLDINGS, INC.,<br><br>                  Defendants. | Civil Action No.: 24-cv-00110 |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Vivian Picciotti hereby dismisses without prejudice all claims against Defendant AMC Entertainment Holdings, Inc.

Dated:  New York, New York
         April 26, 2024

                                                                                                             */s/ Philip L. Fraietta*
                                                                                                              Philip L. Fraietta

                                                                           **BURSOR & FISHER, P.A.**
                                                                           Philip L. Fraietta
                                                                          1330 Avenue of the Americas, 32nd Floor
                                                                           New York, NY 10019
                                                                           Telephone: (646) 837-7150
                                                                           Facsimile: (212) 989-9163
                                                                           Email: pfraietta@bursor.com

                                                                           *Attorneys for Plaintiff*